IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KEVIN HOWARD, | § | |
| | § | |
| Defendant Below, | § | No. 460, 2016 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 9506001505 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 25, 2017
Decided: September 15, 2017

Before **STRINE**, Chief Justice; **SEITZ** and **TRAYNOR**, Justices.

## ORDER

This 15th day of September 2017, after careful consideration of the parties' briefs and the record below, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its August 15, 2016 opinion and order summarily dismissing the appellant's amended motion for postconviction relief and granting postconviction counsel's motion to withdraw,[1] its August 15, 2016 order denying the appellant's motion for an evidentiary hearing and motion for substitution of counsel,[2] its October 11, 2013 order denying the

---

[1] *State v. Howard*, 2016 WL 4441521 (Del. Aug. 15, 2016).
[2] *State v. Howard*, 2016 WL 4442774 (Del. Aug. 15, 2016).

appellant's motion for reargument, and its October 4, 2013 order denying the appellant's second motion for postconviction relief and motion for subpoenas.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Gary F. Traynor
Justice